# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

BILLY D. WHEELER　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #127742

v.　　　　　　　　No. 2:18-cv-118-DPM-JTK

ANDREWS, Warden, EARU; DEEN,
Major, EARU; SWEENEY, Lieutenant,
EARU; HARPER, Sergeant, EARU;
VICTORIA WESTBROOK, Classification
Officer, East Arkansas Regional Unit, ADC;
and MINOR, Disciplinary Judge, Arkansas
Department of Correction　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Unopposed partial recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Wheeler's claims against Andrews, Minor, Deen, and Harper are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 October 2018