IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY D. WHEELER                                              PLAINTIFF
ADC #127742

v.                          No. 2:18-cv-118-DPM

DOUGLAS SWINEY Lieutenant,
EARU; and VALERIE WESTBROOK,*
Classification Officer, East Arkansas
Regional Unit, ADC                                            DEFENDANTS

## ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 18, granted. Wheeler's claims against Westbrook and Swiney will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 February 2019

---

* The Court directs the Clerk to update Swiney's and Westbrook's names on the docket. № 18.