# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BILLY D. WHEELER**                                                    **PLAINTIFF**
**ADC #127742**

**v.**                                     **No. 2:18-cv-118-DPM**

**ANDREWS, Warden, EARU;   DEEN,**
**Major, EARU;   DOUGLAS SWINEY,**
**Lieutenant, EARU;   HARPER, Sergeant,**
**EARU;   VALERIE WESTBROOK,**
**Classification Officer, East Arkansas**
**Regional Unit, ADC;   and MINOR,**
**Disciplinary Judge, Arkansas**
**Department of Correction**                              **DEFENDANTS**

## JUDGMENT

Wheeler's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

_19 February 2019_